UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIONDRAE BROWN,

          Petitioner,

   v.

JACK WARNER,

          Respondent.

Case No. C24-242-JLR-MLP

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 7.) Petitioner has not opposed the motion. The Court, having reviewed Respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 7) is GRANTED. Respondent is directed to file and serve his answer not later than *June 5, 2024*.

//

//

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 1

(2)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable James L. Robart.

DATED this 21st day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 2