UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIONDRAE BROWN,

               Petitioner,

   v.

JACK WARNER,

              Respondent.

CASE NO. C24-0242JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is United States Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommends that Petitioner Diondrae Brown's 28 U.S.C. § 2254 habeas corpus petition be dismissed with prejudice. (R&R (Dkt. # 14); *see* Petition (Dkt. # 4).) The deadline for Mr. Brown to file objections to the report and recommendation is September 6, 2024. (*See* R&R at 8.) On September 3, 2024, however, the Clerk docketed an email from Washington Corrections Center staff stating

MINUTE ORDER - 1

1 | that the report and recommendation could not be delivered to Mr. Brown because he is
2 | now housed at the Monroe Corrections Center.  (*See* 9/3/24 Notice (Dkt. # 15).)
3 | Accordingly, to afford Mr. Brown an opportunity to respond to the report and
4 | recommendation, the court EXTENDS the deadline for Mr. Brown to file objections, if
5 | any, to **September 17, 2024**.
6 |     Mr. Brown is warned that failure to file objections by the September 17, 2024
7 | deadline may affect his right to appeal.  Objections should be noted for consideration on
8 | the court's motions calendar fourteen (14) days from the date they are filed. Responses to
9 | objections may be filed by the day before the noting date.  The Clerk is DIRECTED to
10 | renote Magistrate Judge Peterson's report and recommendation (Dkt. # 14) for September
11 | 20, 2024.
12 |     Filed and entered this 3rd day of September, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2